PROB 12C
(6/16)

Report Date: April 30, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 01, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Gregory Scott Reynolds | Case Number: 0980 2:17CR00242-WFN-1 |
| Address of Offender: | Washington 99205 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 18, 2018

Original Offense:    Possession of Child Pornography, 18 U.S.C. § 2252(a)(5)(B) and (b)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 24 months<br>TSR - 240 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: February 4, 2020 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: February 3, 2040 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4:** You must allow the probation officer to install computer monitoring software on any computer (as defined in 18 U.S.C. § 1030(e)( I)) you use.<br><br>**Supporting Evidence**: On April 14, 2020, Gregory Reynolds admitted to having a second cell phone, with access to the Internet, which was not being monitored by Covenant Eyes software.<br><br>On February 5, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Reynolds, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.<br><br>On April 14, 2020, the undersigned officer contacted Mr. Reynolds in response to a text message he had sent this officer, advising he had moved into a trailer on his brother's property.  In discussing his new living arrangements, the undersigned asked about the phone number he had texted this officer from, which was not the phone number on file for the offender.  Mr. Reynolds eventually admitted that his brother had taken him to purchase a second cell phone, and although it had access to the Internet, it did not have Covenant Eyes installed as required. |

Prob12C
**Re: Reynolds, Gregory Scott**
**April 30, 2020**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/30/2020

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

   05/01/2020
Date