PROB 12C
(6/16)

Report Date: June 11, 2020

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Gregory Scott Reynolds | Case Number: 0980 2:17CR00242-WFN-1 |
| Address of Offender: ▮ | Washington 99205 |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 18, 2018

Original Offense:    Possession of Child Pornography, 18 U.S.C. § 2252(a)(5)(B) and (b)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 24 months<br>TSR - 240 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: February 4, 2020 |
| Defense Attorney: | J Houston Goddard | Date Supervision Expires: February 3, 2040 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 04/30/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #15**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: On June 5, 2020, Gregory Reynolds admitted to consuming alcohol on May 19, 2020.<br><br>On February 5, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Reynolds, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.<br><br>On May 19, 2020, the undersigned officer contacted Mr. Reynolds to remind him of his initial appearance, which was scheduled to occur days later. During that conversation, the offender became belligerent and insisted that he "didn't even do anything wrong." When the undersigned officer asked the offender if he had been drinking alcohol, Mr. Reynolds became furious and insisted this officer was requiring that he "be a saint and go to church." |

During the evening of May 19, 2020, after normal business hours, the offender contacted this officer. He immediately began repeating that he "loves" this officer and was demanding to know "why can't we be friends."

On June 5, 2020, the offender finally admitted he had consumed alcohol before speaking with this officer, and claimed it was the last time he had consumed alcohol and that he did not remember anything.

3     **Special Condition #14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On June 5, 2020, Gregory Reynolds failed to report for random urinalysis testing at Pioneer Human Services (PHS) as instructed.

On February 5, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Reynolds, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On June 5, 2020, Mr. Reynolds was instructed by this officer to report to PHS for random urinalysis testing that same date.

On June 6, 2020, the offender confirmed he did not submit to urinalysis testing on June 5, 2020, as instructed. Mr. Reynolds claimed he drove to PHS, but when he did not see any cars in the parking lot he assumed they were closed, so he left. The offender acknowledged that he did not try to open the front door of PHS, nor did he attempt to contact this officer.

4     **Special Condition #15**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On June 5, 2020, Gregory Reynolds failed to report for random Breathalyzer testing at Pioneer Human Services (PHS) as instructed.

On February 5, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Reynolds, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On June 5, 2020, Mr. Reynolds was instructed by this officer to report to PHS for random Breathalyzer testing that same date.

On June 6, 2020, the offender confirmed he did not submit to Breathalyzer testing on June 5, 2020, as instructed. Mr. Reynolds claimed he went to PHS, but when he did not see any cars in the parking lot he assumed they were closed, so he left. The offender acknowledged that he did not try to open the front door of PHS, nor did he attempt to contact this officer.

Prob12C
**Re: Reynolds, Gregory Scott**
**June 11, 2020**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/11/2020

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

6/12/2020

Date