PROB 12C
(6/16)

Report Date: September 22, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Gregory Scott Reynolds | Case Number: 0980 2:17CR00242-WFN-1 |
| Address of Offender: | , Washington 99205 |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 18, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252(a)(5)(B) and (b)(2) | | |
| Original Sentence: | Prison - 24 months<br>TSR - 240 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | February 4, 2020 |
| Defense Attorney: | J Houston Goddard | Date Supervision Expires: | February 3, 2040 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 04/30/2020 and 06/11/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that on September 15, 2020, Gregory Reynolds violated special condition number 14 of his supervised release by providing a urine sample that tested positive for marijuana.<br><br>On February 5, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Reynolds, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.<br><br>On September 16, 2020, this officer received notification from Pioneer Human Services (PHS) that the offender had submitted to phase urinalysis testing on September 15, 2020, when his assigned color was identified for testing. According to PHS, the urine sample Mr. Reynolds provided on that date tested presumptive positive for marijuana.<br><br>Although Mr. Reynolds adamantly denied consuming marijuana, on September 22, 2020, this officer received laboratory confirmation that the urine sample provided by the offender was in fact positive for marijuana. |

Prob12C
**Re: Reynolds, Gregory Scott**
**September 22, 2020**
**Page 2**

On September 22, 2020, when the undersigned officer confronted the offender with the laboratory results, Mr. Reynolds eventually admitted to the use of marijuana on or about September 14, 2020.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

|  |  |
|---|---|
| Executed on: | 09/22/2020 |
|  | s/Amber M.K. Andrade |
|  | Amber M.K. Andrade<br>U.S. Probation Officer |

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

9/23/2020
Date