PROB 12C
(6/16)

Report Date: April 13, 2021

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 13, 2021

SEAN F. MCAVOY, CLERK

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Gregory Scott Reynolds | Case Number: 0980 2:17CR00242-WFN-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 18, 2018

| | | |
|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252(a)(5)(B) and (b)(2) | |
| Original Sentence: | Prison - 24 months<br>TSR - 240 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: February 4, 2020 |
| Defense Attorney: | J Houston Goddard | Date Supervision Expires: February 3, 2040 |

### PETITIONING THE COURT

To issue a summons and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 04/30/2020, 06/11/2020 and 9/22/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Added Special Condition**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.  You must contribute to the cost of treatment according to your ability to pay.  You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: On April 5, 2021, Gregory Reynolds allegedly violated the special condition added by the Court on June 18, 2020, by failing to attend his substance abuse treatment session as scheduled, which resulted in the offender being placed on a behavioral agreement. |
| | On February 5, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Reynolds, as outlined in the judgment and sentence.  He signed the judgment acknowledging the requirements. |
| | On June 18, 2020, Your Honor added a special condition of supervision that required Mr. Reynolds to undergo a substance abuse evaluation and enter into and successfully complete an approved substance abuse treatment program if indicated by a licensed/certified treatment provider. |

Prob12C
**Re: Reynolds, Gregory Scott**
**April 13, 2021**
**Page 2**

      On April 6, 2021, the undersigned officer received notification from Pioneer Human Services (PHS) that the offender had been placed on a behavioral agreement on April 5, 2021. According to PHS, Mr. Reynolds verbally consented to the agreement, which was a result of his unexcused absences.

      According to the behavioral agreement, any further unexcused absences may be grounds for his unsuccessful discharge from treatment.

7  **Special Condition #14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence**: On April 9, 2021, Gregory Reynolds allegedly violated special condition number 14 by failing to report for random urinalysis and Breathalyzer testing, as instructed by this officer.

      On February 5, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Reynolds, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

      On the morning of April 9, 2021, this officer contacted the offender to discuss a voice message he had left for his treatment provider late the previous night, where he had sounded intoxicated.

      Later that afternoon, on April 9, 2021, the undersigned officer again contacted Mr. Reynolds in order to instruct him to report for phase urinalysis and Breathalyzer testing. The offender became enraged and began claiming that this officer was "trying to send him to prison" and insisting that he "is a good guy." Mr. Reynolds was slurring his words and speaking incoherently. Therefore, this officer reiterated the instructions to the offender to report to PHS for random urinalysis and Breathalyzer testing. At that time, he hung up on this officer.

      The undersigned immediately called Mr. Reynolds back and again reiterated the instructions that he must report to PHS for random urinalysis and Breathalyzer testing. The offender then stated that this officer was "forcing (him) to commit suicide."

      On April 10, 2021, this officer attempted to contact the offender to check in with him, but he did not answer nor respond to this officer's messages.

      On April 11, 2021, the undersigned again called Mr. Reynolds and was able to then speak with the offender. At that time, he advised he had not reported for urinalysis or Breathalyzer testing because he did not at all recall speaking to this officer on April 9, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

Prob12C
**Re: Reynolds, Gregory Scott**
**April 13, 2021**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/13/2021

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

4/13/2021

Date